UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY SMART, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>US LBM, LLC, et al.,<br><br>    Defendants. | Case No. 4:24-cv-04416-KAW<br><br>**ORDER GRANTING REMOTE APPEARANCE**<br><br>Date: January 15, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom TBD<br>Judge: Hon. Kandis A. Westmore |

    The Court, having considered Plaintiff's Request for Remote Appearance, and good cause appearing, hereby GRANTS the request.

    IT IS HEREBY ORDERED that Plaintiff Shay Smart is permitted to appear remotely at the hearing on the Motion to Enforce Settlement Agreement on January 15, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 1/7/2026

*Kandis Westmore*

**HON. KANDIS A. WESTMORE**

United States Magistrate Judge