REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Shay Smart
203 Flamingo Road, #262
Mill Valley, CA 94941
(415)272-8521
Plaintiff, Pro Se

Michele Haydel Gehrke (SBN 215647)
mgehrke@reedsmith.com
Anli (Claudia) Ren (SBN 335452)
aren@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 547-8300
Facsimile: (415) 391-8269

Brian M. Noh (SBN 293564)
bnoh@reedsmith.com
REED SMITH LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant US LBM, LLC

Nicole Herter Perkin (SBN 255152)
nperkin@cozen.com
COZEN O'CONNOR
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401-1453
Telephone: (310) 393-3000
Facsimile: (310) 394 4700

Attorneys for Defendant Pilot IT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY SMART, an individual<br>    Plaintiff,<br><br>    v.<br><br>US LBM, LLC, a Delaware limited liability company; Pilot IT, LLC, a Michigan limited liability company; and DOES 1-20, inclusive,<br>    Defendants. | Case 4:24-cv04416-KAW<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Compl. Filed:  July 22, 2024<br>FAC Filed:    October 14, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court, the Parties, Plaintiff SHAY SMART ("Plaintiff"), Defendant US LBM, LLC ("US LBM"), and Defendant PILOT IT, LLC ("Pilot") (collectively, "Defendants") hereby stipulate to the voluntary dismissal of this entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Parties request this Court enter an order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: _____March 16_____, 2026          PLAINTIFF

_Shay Smart_
_____
Shay Smart

DATED: April 17, 2026          REED SMITH LLP

By: /s/ Michele Haydel Gehrke
Michele Haydel Gehrke
Brian N. Noh
Anli (Claudia) Ren
Attorneys for Defendant US LBM, LLC

DATED: April 17, 2026          COZEN O'CONNOR

By: /s/ Nicole Perkin
Nicole Perkin
Attorneys for Defendant
Pilot IT, LLC

- 2 -

STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____April 20, 2026_____

Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -

STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER